Henry G. MAYS, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2008–3192.

United States Court of Appeals, Federal Circuit.

April 30, 2008.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Donald A. DAVIS, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 2008–3202.

United States Court of Appeals, Federal Circuit.

April 30, 2008.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Erick D. TAYLOR, Petitioner,

v.

DEPARTMENT OF the ARMY, Respondent.

No. 2008–3205.

United States Court of Appeals, Federal Circuit.

April 30, 2008.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Rene MELENDEZ, Sr., Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2008–3207.

United States Court of Appeals, Federal Circuit.

April 30, 2008.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Karen A. HOCKING, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2008–3208.

United States Court of Appeals, Federal Circuit.

April 30, 2008.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

